FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
LAUREN WOODLAND (SBN 283052)
laurenw@novianlaw.com
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222

*Attorney for Defendant Triller Platform Co.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARIE FERRARO; and MICHELINA PAPA,<br><br>            Plaintiffs,<br><br>    vs.<br><br>TRILLER PLATFORM CO., erroneously sued as and f/k/a TRILLER, INC.,<br><br>            Defendant. | Case No. 2:22-cv-04765-SB-JEM<br><br>**NOTICE OF SETTLEMENT AND JOINT STATUS REPORT RE SETTLEMENT CONFERENCE**<br><br>Pretrial Conference: October 20, 2023<br>Trial: November 6, 2023 |

# NOTICE OF SETTLEMENT AND JOINT STATUS REPORT RE SETTLEMENT CONFERENCE

On August 23, 2023 Plaintiffs Carolyn Marie Ferraro ("Ferraro") and Michelina Papa ("Papa" and, together with Ferraro, "Plaintiffs"), and Defendant Triller Platform Co. ("Triller" or "Defendant"), and their respective counsel, attended private mediation. Plaintiffs and Defendant settled the entire case on August 30, 2023. Plaintiffs and Defendant are currently drafting a long form settlement agreement that they anticipate will be finalized and signed by all parties no later than September 15, 2023.

Dated: September 1, 2023                NOVIAN & NOVIAN, LLP

                                        By:  /s/ Lauren Woodland
                                             Farhad Novian
                                             Lauren Woodland

                                        *Attorneys for Defendant Triller Platform Co.*

Dated: September 1, 2023                DHILLON LAW GROUP INC.

                                        By:  /s/Anthony J. Fusaro
                                             Matthew S. Sarelson
                                             Anthony J. Fusaro
                                             Nitoj P. Singh
                                             Mark P. Meuser

                                        *Attorneys for Plaintiffs Carolyn Marie Ferraro and Michelina Papa*

*Pursuant to L.R. 5-4.3.4(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

## CERTIFICATE OF SERVICE

I hereby certify that, on the below date, this document was electronically filed with the Clerk of the Court through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I certify that all participants in the case are registered ECF users and that service will be accomplished by the ECF system.

Date: September 1, 2023                     /s/ Lauren Woodland
                                             LAUREN WOODLAND